ORIGINAL

DANIEL E. CURRIDEN, ESQ.
Nevada Bar No. 3502
CURRIDEN, ARNESON & ANDERTON
7201 W Lake Mead, Suite 580
Las Vegas, Nevada 89128
(702) 870-7188
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF NEVADA

KRYSTLE M. KELLY,

        Plaintiff,

vs.

CSAA GENERAL INSURANCE COMPANY, ROE CORPORATIONS 1 through 10, inclusive; and DOES 11 through 20, inclusive,

        Defendants.

Case No. 2:15-cv-00052-RFB-NJK

**STIPULATION FOR PRIVATE BINDING ARBITRATION**

Plaintiff KRYSTLE M. KELLY and Defendant CSAA GENERAL INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate that the above entitled case be submitted to private binding arbitration, pursuant to the terms agreed to by the parties, before Arbitrator Greg Hafen.

DATED this 26th day of March, 2015.

| CURRIDEN, ARNESON & ANDERTON | HARRIS & HARRIS |
|---|---|
| By_____ | By_____ |
| DANIEL E. CURRIDEN, ESQ. | CHRISTIAN N. GRIFFIN, ESQ. |
| 7201 W Lake Mead #580 | 2029 Alta Drive |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89106 |
| Attorneys for Defendant | Attorney for Plaintiff |

1

## AFFIDAVIT OF ARBITRATOR

STATE OF NEVADA   )
                  ):ss
COUNTY OF CLARK   )

Greg Hafen, being first duly sworn, states:

Affiant has agreed to act as Arbitrator in the case of KRYSTLE M. KELLY vs. CSAA GENERAL INSURANCE COMPANY, Case No. 2:15-cv-00052-RFB-NJK, pursuant to stipulation of the parties;

Affiant knows the contents of this affidavit and, under the penalties of perjury, declares the statements herein are true of affiant's own knowledge.

DATED this 26 day of 03, 2015.

_____
ARBITRATOR

SUBSCRIBED and SWORN to before me this 26th day of March, 2015.

_____
NOTARY PUBLIC in and for said County and State.

ROBIN HOLLOWAY
NOTARY PUBLIC, STATE OF NEVADA
My Commission Expires: 01-19-17
Certificate No: 06-103432-1

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of March, 2015.

2