**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRYSTLE M. KELLY, | Case No.: 2:15-cv-00052-RFB-NJK |
| Plaintiff, | |
| vs. | ORDER |
| CSAA GENERAL INSURANCE COMPANY, | |
| Defendant | |

This case has been submitted to private binding arbitration pursuant to the Court's [7] Order. Therefore, IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is instructed to close this case.

DATED this 21st day of March, 2016.

_____
RICHARD F. BOULWARE, II
U.S. District Court Judge

ORDER - 1